UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. SA-20-CV-01433-XR |
| STEVEN WIBRACHT, ERIN WIBRACHT, | § § § § | |
| *Defendant.* | § § | |

### THIRD-PARTY DEFENDANTS MICHAEL PADRON'S, MAPCO, INC.'S, AND WPS GROUP, LLC'S OPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO THIRD-PARTY PLAINTIFFS' TRADITIONAL AND NO-EVIDENCE MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Third-Party Defendants MICHAEL PADRON ("Padron"), MAPCO, INC. ("Mapco"), and WPS GROUP, LLC ("WPS") (collectively referred to as "Third-Party Defendants"), and files this their *Motion for Extension of Time to Respond to Third-Party Plaintiffs' Traditional and No-Evidence Motion for Summary Judgment*, and in support therefore would show the Court the following:

1.  On August 31, 2023, Third-Party Plaintiffs Steven Wibracht and Erin Wibrahct filed their Traditional and No-Evidence Motion for Summary Judgment ("Motion"). [Dkt. # 85]. Thus, Third-Party Defendants' deadline to respond to the Motion is September 14, 2023.

2.  The parties are currently in the midst of settlement discussions and working out terms for a settlement agreement to resolve this matter. However, while the parties have been negotiating the terms, Third-Party Plaintiffs filed their Motion necessitating a response from Third-Party Plaintiffs.

3.  Third-Party Defendants request an extension to allow for the parties to continue

working through settlement discussions and resolve this matter. Third-Party Defendants also require additional time to respond because Michael A. Padron is currently incarcerated and communication with him is limited. Mr. Padron is needed to assist in the preparation of arguments made by Third-Party Defendants.

4. Therefore, Third-Party Defendants ask the Court to grant an extension of thirty (30) days from the current deadline to allow the parties to continue their settlement discussions as well as communicating with Mr. Padron. The extension of time would make the response deadline October 15, 2023. Of note, the thirty (30) day deadline falls on October 14, 2023, which is a Saturday.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendants request that this Motion be granted, and that the Court extend the deadline for Defendants to Respond to Third-Party Plaintiffs' Traditional and No-Evidence Motion for Summary Judgment as set forth above and grant them such further relief, in law or in equity, to which they may be entitled.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
8200 I-H 10 West, Suite 504
San Antonio, Texas, 78230
(210) 524 – 9696 – Phone
(210) 524 – 9811 – Fax
scott.noel@roystonlaw.com
william.weiss@roystonlaw.com

BY: _____
**SCOTT M. NOEL**
State Bar No. 00797158
**WILLIAM G. WEISS**
State Bar No. 24098591

**ATTORNEYS FOR THIRD-PARTY DEFENDANTS MICHAEL PADRON, MAPCO, INC., and WPS GROUP, LLC**

## CERTIFICATE OF CONFERENCE

On September 13, 2023, Third-Party Defendants' counsel conferred with Third-Party Plaintiffs' counsel on this issue. However, Third-Party Plaintiffs' counsel was opposed to the extension.

_____
SCOTT M. NOEL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Third-Party Defendants' Opposed Motion for Extension of Time to Respond to Third-Party Plaintiff's No-Evidence and Traditional Motion for Summary Judgment* has been served by CM/ECF and/or by electronic mail upon the following counsel of record on September 13, 2023:

Ryan D. Dry
Krebs Farley & Dry, PLLC
909 18th Street
Plano, TX 75074
rdry@krebsfarley.com

Charles Riley
Riley & Riley
320 Lexington Ave.
San Antonio, TX 78215-1913
charlesriley@rileylawfirm.com

James Brian Taylor
422 Blue Springs
San Antonio, TX
jbtay@hotmail.com

_____
SCOTT M. NOEL